No. 17,204.

YATES ET AL. *v.* INDUSTRIAL COMMISSION ET AL.

(264 P. [2d] 511)

Decided November 30, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. RICHARD E. CONOUR, ELIZABETH A. CONOUR, for plaintiffs in error.

Mr. DUKE W. DUNBAR, Attorney General, Mr. FRANK A. WACHOB, Deputy, Mr. PETER L. DYE, for defendant in error Industrial Commission.

Mr. HAROLD CLARK THOMPSON, Mr. LOUIS SCHIFF, Mr. ALIOUS ROCKETT, for defendants in error Hubner Company and State Compensation Insurance Fund.